[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13492

_____

D.C. Docket No. 8:10-cv-01059-VMC-AEP

MARINEMAX, INC.,
a foreign corporation,
NEWCOAST FINANCIAL SERVICES, LLC,
a foreign corporation,

Plaintiffs-Appellants
Cross Appellees,

versus

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
a foreign corporation,

Defendant-Appellee
Cross Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(October 6, 2015)

Before TJOFLAT and HULL, Circuit Judges, and HALL,[*] District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court affirms the district court's February 4, 2013 order (1) granting defendant National Union Fire Insurance Company of Pittsburgh, PA's ("National Union's") motion for summary judgment with respect to the Regions Bank claim against plaintiff MarineMax,[1] and denying plaintiff MarineMax's motion for summary judgment with respect to that Regions Bank claim; and (2) granting plaintiff MarineMax's motion for summary judgment with respect to the KeyBank claim against plaintiff MarineMax, and denying defendant National Union's motion for summary judgment with respect to that KeyBank claim. Accordingly, we affirm the district court's final judgment that plaintiff MarineMax shall recover nothing with respect to the Regions Bank claim and shall recover $39,903.27 against defendant National Union with respect to the KeyBank claim.

**AFFIRMED.**

---

[*]Honorable J. Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.

[1]Both MarineMax, Inc. ("MarineMax") and Newcoast Financial Services, LLC ("Newcoast") are plaintiffs in this action. Because Newcoast is a wholly-owned subsidiary of MarineMax and because MarineMax and Newcoast are both insureds under the insurance policy at issue, we refer to the insured plaintiffs as MarineMax throughout.